## NEW JERSEY BUSINESS & INDUSTRY ASSOCIATION v. NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY.

Sept. 18, 1979. Certification to New Jersey Economic Development Authority granted.

## STATE OF NEW JERSEY v. NELSON ESTOPINAN.

Sept. 18, 1979. Petition for certification denied.

## STATE OF NEW JERSEY v. ERIC POTTER.

Sept. 18, 1979. Petition for certification denied.

## STATE OF NEW JERSEY v. JOSEPH PALMER.

Sept. 18, 1979. Petition for certification denied.

## STATE OF NEW JERSEY v. HECTOR HERNANDEZ.

Sept. 18, 1979. Petition for certification denied. (See 163 N.J.Super. 283).

## STATE OF NEW JERSEY v. BARNETT HILTON.

Sept. 18, 1979. Petition for certification denied.